IN THE UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>2021 Mercedes Benz AMG G3 SUV<br>VIN: W1NYC7H36MX4011E8,<br><br>    Defendant in Rem. | No. 3:24-CV- |

**<u>VERIFIED COMPLAINT FOR FORFEITURE IN REM</u>**

Pursuant to Supplemental Rule G(2) of the Federal Rules of Civil Procedure, the United States of America alleges this *in rem* complaint for forfeiture against the 2021 Mercedes Benz AMG G3 SUV bearing VIN: W1NYC7H36MX4011E8 ("Defendant Property"):

**<u>NATURE OF THE ACTION</u>**

1. This is a forfeiture action under 21 U.S.C. § 881(a)(6). The United States seeks the forfeiture of the Defendant Property, because it is property intended to facilitate such an exchange in violation of 21 U.S.C. §§ 841(a) and/or 846. It is further proceeds traceable to such an exchange.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this matter under 28 U.S.C. §§ 1345 and 1355(a), and in rem jurisdiction is proper under 28 U.S.C. § 1355(b).

3. Venue in this Court is proper under 28 U.S.C. §§ 1355(b)(1)(A) and 1391(b), because acts or omissions giving rise to the forfeiture occurred in the Northern District of Texas and a substantial part of the events giving rise to the forfeiture occurred in the Northern District of Texas.

## PARTIES

4. The Plaintiff is the United States of America.

5. The Defendant Property is a 2021 Mercedes Benz AMG G3 SUV bearing VIN: W1NYC7H36MX4011E8. The Defendant Property was seized from Adam Ismail Deeb at 17390 Preston Road in Dallas, Teas, on August 1, 2023. It remains in the custody of the U.S. Marshals.

6. Phuong Nguyen, a resident of Kalispell, Montana claimed the Defendant Property on October 27, 2023, and sought judicial referral.

7. Attorneys on behalf of Adriana Jones, located in Mount Pleasant, South Carolina, filed a claim on October 23, 2023, and sought judicial referral.

## FACTS

8. The factual basis for the forfeiture in this case involves an investigation by the DEA Strike Force Group 1 into Adam Ismail Deeb, for suspected cocaine trafficking in Dallas, Texas.

9. Agents successfully utilized an Undercover Detective from the Dallas Police Department Special Investigations Division to arrange to meet Deeb under the ruse that the UC wanted to purchase a kilogram of cocaine from Deeb.

10. The UC indicated that he wanted to inspect the cocaine prior to committing to the purchase.

11. The UC and Deeb arranged to meet on August 1, 2023 at 17390 Preston Road in Dallas, Texas, in order for Deeb to bring the UC one kilogram of cocaine to inspect, and then to negotiate the future purchase of cocaine.

12. On August 1, 2023, Deeb arrived at 17390 Preston Road in a white 2021 Mercedes-Benz AMG G63 SUV. He directed the UC to enter the vehicle.

13. Inside the vehicle, the UC observed Deeb retrieve a kilogram of cocaine from inside the passenger compartment of the vehicle for the UC to inspect.

14. Following the meeting with the UC, DEA Strike Force agents/officers took Deeb into custody while he was inside the vehicle, before he departed the location.

15. After taking Deeb into custody, Agents recovered the kilogram of cocaine from inside the Mercedes-Benz AMG G63 SUV and seized it as evidence.

16. The Mercedes was also seized from Deeb for facilitating drug trafficking. The VIN number of the vehicle was identified as W1NYC7H36MX4011E8.

17. Deeb was transported in custody to the DEA Dallas Field Division where he was interviewed by TFOs David Roach and Terrell McNeal. During the interview, Deeb waived his Miranda rights and agreed to speak with the officers.

18. Deeb admitted his involvement in trafficking multiple kilogram quantities of cocaine which were intended for distribution on multiple occasions.

19. Deeb specifically admitted that he had used the 2021 Mercedes vehicle to transport kilogram quantities of cocaine intended for distribution on multiple occasions, including on the day of his arrest.

20. Deeb explained he was the sole owner of the 2021 Mercedes AMG G63 SUV, which had no line, but that he had registered the vehicle in Montana using a business, Complete Vehicle Solutions, LLC, as a means to limit tax responsibilities relating to the purchase of the vehicle.

21. Following the interview, agents searched the Texas Workforce Commission database and found no wage earnings for Deeb.

22. Based on their training and experience, agents are aware that drug traffickers often use proceeds from drug sales to purchase luxury vehicles like the Mercedes, in cash, as a way of storing value.

23. Due to Deeb's lack of legitimate wages, agents believe that he purchased the Mercedes with proceeds of drug trafficking.

# FIRST CAUSE OF ACTION

### 21 U.S.C. § 881(a)(6)
### (forfeiture of property related to drug trafficking)

1. The United States reasserts all allegations previously made.

2. Under 21 U.S.C. § 881(a)(6), "moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of" 21 U.S.C. § 801 et seq. are subject to forfeiture.

3. Under 21 U.S.C. § 841(a), it is "unlawful for any person knowingly or intentionally . . . to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance." An attempt or conspiracy to do the same is also prohibited by 21 U.S.C. § 846.

4. As set forth above, the Defendant Property is a vehicle that was used or intended to be used to facilitate an exchange for a controlled substance, as well as proceeds traceable to such an exchange in violation of 21 U.S.C. §§ 841(a) and/or 846. This property is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

## REQUEST FOR RELIEF

WHEREFORE, the United States respectfully asserts that the Defendant Property is forfeitable to the United States under 21 U.S.C. § 881(a)(6).

The United States further requests:

A. That, pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(3)(b)(ii), the Clerk of the Court issue a Summons and Warrant of Arrest *in Rem* as to the Defendant Property.

B. That Notice of this action be given to all persons known or thought to have an interest in or right against the Defendant Property;

C. That a Judgment of Forfeiture be decreed against the Defendant Property;

D. That upon the issuance of a Judgment of Forfeiture, the United States Marshals Service or its delegate be able to dispose of the Defendant Property according to law; and

E. That the United States receives its costs of court and all further relief to which it is entitled.

DATED this 28th day of April, 2024.

LEIGHA SIMONTON
UNITED STATES ATTORNEY


*/s/ Elyse J. Lyons*
Elyse J. Lyons
Assistant United States Attorney
Texas Bar No. 24092735
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8774
Facsimile: 214-659-8805
Elyse.lyons@usdoj.gov

ATTORNEY FOR PLAINTIFF

## VERIFICATION

I am a Task Force Officer with the Drug Enforcement Agency (DEA). As a Task Force Officer with the DEA, my duties and responsibilities include participating in the investigation and prosecution of persons who violate federal laws.

I have read the contents of the foregoing Complaint for Forfeiture *In Rem* and verify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the factual statements contained therein are true and correct to the best of my knowledge and belief.

Executed on this __28__ day of April 2024.

*Terell McNeal*
_____
Task Force Officer Terrell McNeal
Drug Enforcement Agency